**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03423-REB-MJW

INTERSTATE RESTORATION, LLC,

    Plaintiff,

v.

WILSON ASSOCIATES,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Recommendation of the United States Magistrate Judge of Judge Robert E. Blackburn entered on April 8, 2014 it is

ORDERED that Plaintiff INTERSTATE RESTORATION, LLC recovers nothing, the action is dismissed without prejudice for lack of personal jurisdiction in this forum, and Defendant WILSON ASSOCIATES is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 9th day of April, 2014.

                                FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

By: s/ K Lyons

K Lyons
Deputy Clerk